**FILED**

July 18, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-07-0248-EJG |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD MENDOZA, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD MENDOZA, Case No. CR.S-07-

0248-EJG from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of $500,000.00.

    ___    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    _X_    Appearance Bond with Surety

    _X_    (Other) Conditions as stated on the record.

    ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _July 18, 2007_ at _12:57_.

By _Esther Castellanos_

Esther Castellanos
Commissioner, Sacramento County Superior Court