```
                                              FILED
                                           July 18, 2007
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>v.                                   )<br>                                     )<br>RICHARD MENDOZA,                     )<br>                                     )<br>            Defendant.               ) | Case No. CR.S-07-0248-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD MENDOZA, Case No. CR.S-07-0248-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $500,000.00.

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        _X_ Appearance Bond with Surety

        _X_ (Other) Conditions as stated on the record.

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 18, 2007 at 12:57.

By _/s/ Esther Castellanos_

Esther Castellanos

Commissioner, Sacramento County Superior Court