**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:       KarowskyLaw@sbcglobal.net

Attorney for Defendant
Richard Mendoza

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-07-248-WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER FOR U.S. PRE-TRIAL SERVICES OFFICER TO RELEASE POLICE REPORT TO AUSA AND DEFENSE ATTORNEY** |
| Richard Mendoza | |
| Defendant | |

On June 10, 2009, Defendant, Richard Mendoza, was arrested by the Monterey County Sheriff's Department. Mr. Mendoza had been on pre-trial release in the above-captioned action since approximately July 13, 2007 and, until this arrest, was doing extremely well.

On June 12, 2009, counsel for Richard Mendoza received a telephone call from U.S. Pre-trial services officer Taifa Gaskins, indicating she had a copy of the relevant police report and was placing Mr. Mendoza's case on the Magistrate-Judge's calendar for June 22, 2009 regarding a potential violation and revocation of his pre-trial release.

During the telephone conversation, counsel for the defendant asked Ms. Gaskins for a copy of the police report which will be used to form the only basis for the violation of Mr. Mendoza's pre-trial release. She indicated she could not release it to him. Subsequently,

1  counsel for defendant also spoke to prosecuting AUSA, Jason Hitt, who also had asked Ms.
2  Gaskins for a copy of the police report and was told **he** also could **not** have a copy.
3       On June 15, 2009, counsel for defendant called Ms. Gaskins again and asked if he could
4  at least **see** a copy of the police report.  She responded that neither counsel for the defendant nor
5  the government would be shown a copy of the police report until June 22, 2009, **after** the court
6  saw a copy, since that was the policy of her office.  She indicated if either the prosecutor or I
7  wished to have a copy of the police report, we should seek a court order.
8       I do not know who establishes this type of policy.  I do know that the policy does not
9  comport with the minimum standards of due process.  How can either the prosecutor or the
10 defense attorney possibly effectively prepare for a revocation hearing when neither is allowed to
11 review the bases for the violation?
12      Therefore, AUSA Jason Hitt and defense attorney Jan Karowsky hereby stipulate and
13 agree and respectfully request the Court for an Order directing the U.S. Pre-trial Services Office
14 for the Eastern District to turn over to counsel for the government and the defense, forthwith, a
15 copy of the relevant police report from the June 10, 2009 arrest of Richard Mendoza.
16 **IT IS SO STIPULATED.**

17 Dated:  June 15, 2009      **JAN DAVID KAROWSKY**
18     Attorney at Law
19     A Professional Corporation

20     /s/  Jan Karowsky
    By: Jan David Karowsky
    Attorney for Defendant
21     Richard Mendoza

22 Dated:  June 15, 2009      **LAWRENCE BROWN**
23     Acting United States Attorney

24     /s/ Jason Hitt
    By:  Jason Hitt
25     Assistant U.S. Attorney
    By Jan Karowsky with Mr. Hitt's
    permission

**ORDER**

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED that the Pre-trial Services Office for the Eastern District of California is ordered to turn over to the attorney for the government and for the defendant, a full and complete copy of that certain police report which documents the arrest of Richard Mendoza on June 10, 2009.

**IT IS SO ORDERED.**

Dated: June 16, 2009.

_____
U.S. MAGISTRATE JUDGE