**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Richard Mendoza

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Richard Mendoza, et.al.,<br><br>　　　　Defendant | Case No.: 2:07-cr-00248-WBS<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF SPECIAL CONDITIONS OF RELEASE FILED JUNE 22, 2009, TO MODIFY TO ALLOW ATTENDANCE AT A FAMILY REUNION ON JULY 17, 2010**<br><br>**JUDGE:  Hon. Edmund F. Brennan**<br>　　　　　**United States Magistrate Judge** |

### FACTS

On June 22, 2009, at a hearing on a Petition for Revocation of Pretrial Release, The Honorable Kimberly J. Mueller, Magistrate-Judge, ordered that Defendant Richard Mendoza's pre-trial release conditions were to be modified, <u>inter</u> <u>alia</u>, to include a curfew, restricting

defendant Richard Mendoza to his residence from 6:00 p.m. to 4:00 a.m. Monday through Friday.[1]

Additionally, the Special Conditions of Release entered on June 22, 2009 ordered that Defendant Mendoza was "only permitted to leave your residence on a Saturday or Sunday to deal with issues pertaining to your coaching related responsibilities." Mr. Mendoza coaches his son's t-ball and football teams' practices and games.

On Saturday, July 17, 2010, from approximately 2:00 p.m. to 11:00 p.m., the extended Mendoza family will be having a family reunion at the home of Mr. Mendoza's aunt and uncle, Eddie and Chris Bueno, in Salinas, California. Defendant Mendoza wishes to attend.

Both of Mr. Mendoza's Pretrial Services Officers, Anthony Granados in San Jose and Taifa Gaskins in Sacramento and the prosecuting AUSA have been consulted and all agree to the requested modification.

**STIPULATION**

Plaintiff, United States, and Defendant Richard Mendoza, through their undersigned counsel, hereby stipulate and agree that the curfew condition entered on June 22, 2009 as Document 419 shall be modified as follows:

"CURFEW: You are restricted to your residence from 6:00 p.m. to 4:00 a.m. Monday through Friday. You are to remain on lockdown at your residence on Saturday and Sunday. You are only permitted to leave your residence on a Saturday or Sunday to deal with issues pertaining to your coaching related responsibilities. In addition, you are only allowed to leave on Saturday and Sunday for coaching responsibilities if you

---

[1] See Document 419, filed in this case, incorporated herein by this reference.

provide detailed information about where you will be going and what you will be doing, and you receive advance permission from Pretrial Services.  ***However, one exception to this Order shall be granted.  You shall be allowed to attend the family reunion to be held at the home of Eddie and Chris Bueno , in Salinas, CA, on  Saturday, July 17, 2010 and may be away from your residence at said family reunion from the hours of 2:00 p.m. to 11:00 p.m. on July 17, 2010."***

In all other respects, the June 22, 2009 order and the Special Conditions of Release ordered then shall remain in full force and effect.

**IT IS SO STIPULATED.**

DATED:      July 16, 2010                              BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       By  /s/ Jason Hitt

                                                       Jason Hitt
                                                       Assistant U.S. Attorney
                                                       by Jan Karowsky

DATED:      July 16, 2010                              JAN DAVID KAROWSKY
                                                       Attorney at Law
                                                       A Professional Corporation

                                                       By  /s/ Jan Karowsky

                                                       JAN DAVID KAROWSKY
                                                       Attorney for Defendant
                                                       Richard Mendoza

**ORDER**

**Good Cause Appearing, IT IS HEREBY ORDERED** that the curfew condition entered on June 22, 2009 as Document 419 shall be modified as follows:

"CURFEW: You are restricted to your residence from 6:00 p.m. to 4:00 a.m. Monday through Friday. You are to remain on lockdown at your residence on Saturday and Sunday. You are only permitted to leave your residence on a Saturday or Sunday to deal with issues pertaining to your coaching related responsibilities. In addition, you are only allowed to leave on Saturday and Sunday for coaching responsibilities if you provide detailed information about where you will be going and what you will be doing, and you receive advance permission from Pretrial Services.  *However, one exception to this Order shall be granted.  You shall be allowed to attend the family reunion to be held at the home of Mr. Mendoza's aunt and uncle, Eddie and Chris Bueno, in Salinas, California, on Saturday, July 17, 2010 and may be away from your residence at said family reunion from the hours of 2:00 p.m. to 11:00 p.m. on July 17, 2010."*  In all other respects, the June 22, 2009 order and the Special Conditions of Release ordered then shall remain in full force and effect.

**IT IS SO ORDERED**

Dated:  July 16, 2010

/s/ Kendall J. Newman
**KENDALL J.  NEWMAN**
United States Magistrate Judge