**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Richard Mendoza

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     vs.<br><br>Richard Mendoza,<br><br>           Defendant | Case No.: Cr.S-07-248-12 WBS<br><br>**DECLARATION OF JAN DAVID KAROWSKY IN SUPPORT OF REQUEST FOR EXONERATION OF BOND**<br><br>**ORDER EXONERATING BOND** |

I, Jan David Karowsky, do hereby declare:

I am the attorney of record for Defendant, Richard Mendoza, in the above-entitled case.

On August 2, 2010, upon entry of a guilty plea pursuant to a written plea agreement, by law, the Court remanded Richard Mendoza into custody pursuant to 18 U.S.C. § 3143(a)(2). Mr. Mendoza will remain in custody.

I am informed and believe and thereon allege that bail in the above-entitled matter has not been exonerated pursuant to Federal Rules of Criminal Procedure, Rule 46(g).

1  Bail had been previously set in the amount of $500,000.00 and was secured by two
2  separate deeds of trust on real property.
3  I am informed and believe and thereon allege that there was no forfeiture of any of the
4  bail in this matter and all conditions for exoneration of the real property pledged in this matter
5  have been met.  Therefore, I hereby request the Court exonerate the bond and order that two
6  separate reconveyances be undertaken forthwith on the below described pieces of real property
7  which had been pledged as security for said bond:
8  (1)
9  LOT 4 IN BLOCK VIII, AS SAID LOT AND BLOCK ARE SHOWN ON THAT CERTAIN MAP
10 ENTITLED, "MAP OF THE TOWN OF CASTROVILLE, MONTEREY COUNTY, CAL., THE
11 PROPERTY OF JUAN B. CASTRO, ET ALS, JUNE, 1887", FILED FOR RECORD SEPTEMBER 2,
12 1887 IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE
13 OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES AND TOWNS", AT PAGE 55.
14
15 EXCEPTING THAT PORTION PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT
16 THE MOST NORTHERLY CORNER OF SAID LOT 4 AT THE SOUTHEAST CORNER OF HAIGHT
17 AND SPEEGLE STREETS, AS SHOWN ON SAID MAP; THENCE RUNNING ALONG THE
18 NORTHEAST LINE OF SAID LOT IN A SOUTHEAST DIRECTIONS
19
20 (1) 50.0 FEET TO A POINT; THENCE LEAVE SAID LINE AND RUNNING ACROSS SAID LOT IN
21 A SOUTHWESTERLY DIRECTION ON A LINE PARALLEL WITH THE SOUTHEAST LINE OF
22 SPEEGLE STREET
23
24 (2) 150.0 FEET TO A POINT IN THE SOUTHWEST LINE OF SAID LOT 4; THENCE ALONG SAID
25 LINE IN A NORTHWESTERLY DIRECTION

1  (3) 50.0 FEET TO THE WESTERLY CORNER OF SAID LOT; THENCE ALONG THE

2  NORTHWESTERLY LINE OF LOT 4 IN A NORTHEASTERLY DIRECTION

3

4  (4) 150.0 FEET TO THE POINT OF BEGINNING.

5

6  ASSESSORS PARCEL NUMBER, 030-081-003

7

8      Said real property is owned by Esequiel Diaz.

9

10

11  (2)

12  TOWN OF CASTROVILLE

13

14  THE NORTHERLY HALF OF LOT 2 IN BLOCK XVII (17), AS SAID LOT AND BLOCK IS LAID

15  OUT AND DESCRIBED AND RECORDED IN A MAP MADE OUT BY ONE JUAN B. CASTRO IN

16  THE COUNTY RECORDS OF MONTEREY COUNTY, STATE OF CALIFORNIA, FILED IN THE

17  OFFICE OF THE COUNTY RECORDER IN VOLUME 1 OF MAPS, CITIES AND TOWNS, AT

18  PAGE 55.

19

20  ASSESSORS PARCEL NUMBER: 030-048-012

21      Said real property is owned by Julian Martin, Jr. and Grace R. Martin.

22

23

24

25

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  Declaration was executed on November 23, 2010 at Sacramento, California.

<pre>
                              /s/ Jan Karowsky
                              Jan David Karowsky
                              Attorney for Defendant
                              Richard Mendoza
</pre>

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Richard Mendoza

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: Cr.S-07-248-WBS |
| Plaintiff, ) | **ORDER EXONERATING BOND** |
| vs. ) | |
| Richard Mendoza, ) | |
| Defendant ) | |

**IT IS HEREBY ORDERED** that the appearance bond posted by Esequiel Diaz and also the appearance bond posted by Julian Martin, Jr. and Grace R. Martin, and secured by separate Deeds of Trust to real property, both properties located in the County of Monterey, in above-entitled matter, in the respective amounts of $395,000.00 and $105,000.00 are hereby exonerated; the Clerk of this Court forthwith shall provide Deeds of Reconveyance of both of the Monterey County properties securing the bond, to the sureties/trustors at the following mailing addresses:

1    (1) Esequiel Diaz, 10620 Haight Street, Castroville, CA  95012 and

2    (2) Julian Martin, Jr. and Grace R. Martin, 10663 Haight Street, Castroville, CA 95012

Dated:  **November 23, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE