UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICHARD MENDOZA,<br><br>         Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>         Respondent. | CR. NO. 2:07-0248-12 WBS<br><br>ORDER |

----oo0oo----

On February 28, 2017, defendant Richard Mendoza filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1503.)  The United States shall file an opposition to petitioner's motion no later than March 29, 2017.  Petitioner may then file a reply no later than April 19, 2017.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  March 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1